# United States District Court

WESTERN DISTRICT OF WASHINGTON

SONIA L. NETTLES,

    v.

FARMERS INSURANCE EXCHANGE, and
FARMERS GROUP, INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5164RJB

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

BASED ON ORAL FINDINGS OF FACT AND CONCLUSIONS OF LAW IT IS ORDERED AND ADJUDGED

Court orders judgment entered for Defendants. This case is DISMISSED.

    June 1, 2007

    BRUCE RIFKIN
    Clerk

    s/Dara L. Kaleel
    By Dara L. Kaleel, Deputy Clerk